## THE UNITED STATE DISTRICT COURT
## for the DISTRICT OF COLUMBIA

TIMOTHY OMAR HANKINS SR.
Pro se petitioner,

       VS.

THE STATE OF NORTH CAROLINA
Defendant , es.al.,

Case: 1:21−cv−01066
Assigned To : Unassigned
Assign. Date : 4/18/2021
Description: Pro Se Gen. Civ. (D−DECK)

### COMPLAINT

Title 18 USC  § 1983 " a declaratory decree was violated " . They swore to provide protection, they took an oath and violated that oath. The state of North Carolina  has direct instruction pursuant to the Fourteenth Amendment , section 1 es.al.,  and the Civil Rights Act of 1964, 42 USC  § 1981(c) es.al., and intentionally for an extended period of time violated the provisions of said federal Statute.   Now comes Petitioner stating the following:

WE are victims of serious criminal activity, pursuant to the 14th Amendment ( **I hereby invoke)** and T 42 § USC 1981**( I hereby assert)** , all that is required is that we notify the appropriate authorities to receive equal protection under the law.

Petitioner move the Honorable Court in good faith as the defendant has violated the rights of petitioner, my community  and my children  now for over 23 years dating back to my 1st Bankruptcy filed about 1998. I will try to be as concise in trying to explain slavery implimented on this community the pass 20 plus years. The State of North Carolina via the NC Department of Justice and the NC State Bar has been implementing a practice of law that constitute slavery on  petition and Petitioner's community. I am a licensed General Contractor and through my license and careers , the State facilitated, foster  stated  illicit activity primarily by allowing Officers of the Court  (hereinafter "OOC")  to do as they please with granted immunity. With the granted immunity, other big companies such as  Banks and Insurance companies  know of the State's continued endeavor to enslave the Black community.  With the intentional violation of stated Federal Statutes , this community is subjected to the same  abuse that our ancestors

**the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.**

were subject to 400 years ago. We have been on more than one occasion forced out of our homes. This family has been separated for financial incentives to the perpetrators. We are constantly subjected to the violation of stated Federal Laws to include the violation of Right protected by the U.S Constitution, the Civil Rights Act of 1964 and other stated Federal Laws.

Petitioner's understanding is when there is a pending Federal Complaint, the State actions or put on hold . Petitioner understanding is that any action by the State in reference to the related case is illegal. Petitioner firmly feels that this should be mentioned because doing the previous pending case matter in Federal Court, I have been threatened by some defendants and lawyers commence with other related actions in State Court. Petitioner filed Civil complaint case no 7:20 CV-000179-FL about September 24th, 2020. The matter is pending and the Officers of the Court , John Brian Ratledge issued a show cause Order on or about October 22 , 2020 , James R Levinson foreclosed on 1317 W Garner Rd in January 2021. Other lawyers have won Judgements . Petitioner was threatened on January 13th, 2020 by Brian Ratledge. Michael J Denning banned me from Courthouse grounds without a lawyer. That fact the Denning was acting as Mrs Hankins lawyer and the State Judge at the same time, no lawyer with assist petitioner giving the Family Court the unchallenged ability to take other assets from this community violating Federal Statutes notwithstanding the agreement between the Hankins part where she waived her right to future Distribution in 2007. Mrs Hankind signed the agreement after she and the company lawyer stole over $3,000,000 between 2003 and 2006.

Removing a license General Contractor ( petitioner lic. No 35971) from this community as the State of NC et.al defendants did is the equivalent to removing the engine from a community owned fishing vessel, they cut off this community's ability to make money and then proceed with other court actions based on injuries they caused.

**Brief Background**

the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.

In my late teens and  20's I studied and  worked as much as I could to provide my children with a good life. I opened and operated my own restaurant at the age of 23 near NC State University. I took the money from the restaurant and built my 1st home located at 4304 Salem St in Gardner about 1994.   All I was thinking about was the life I wanted to provide for my children. Thinking about raising my children, I work instead of hanging out doing  spring break as my friends did. About  1994 I attended Wake Tech Community College to enhance my knowledge in general construction. I was licensed about 1995 ( Lic # 41517) . In 2000 I had the money and knowledge to develop the dream home that I want to raise my children in . See exhibit marked A,, petitioner's 5213 sq ft home. I was able to move into the house without a mortgage. I was focusing on building financial stability for my children/ family. Exhibit A shows my two daughters at the house as I was called there to do repair for the current owner. That State allows OOC to engage in mortgage fraud , abuse of the law and other stated Federal Statutes including 18 USC §  241 242 to maintain control of much of the Black community.  This is as close as my children will get to enjoying all the work the petitioner did in the 90's to provide a suitable home and life  for them.

I met Mrs Sardia Marie Hankins  ( " SMH" ) in Jamaica. I knew her family about 10 years before meeting her in 2001. Her family in Raleigh was like my adopted family as we had restaurants beside each other near NC State. Her family are the coolest people one would ever want to meet.  We immediately got married in Jamaica . With the house completed, paid for  and knowing how cool her family was, I thought she was the one for me. Petitioner was wrong. With the company lawyers help, they were able to borrow over $2,000,000 on my assets within 38 months ( December 2005)  of her arrival, clearing $536,000 out of the equity of both my homes. They stolle many more properties doing that time.

the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.

The issues, 21 USC  § 848 " continual criminal enterprise" , 18  § 1956, § 1961 § 110A,  § 1341-1344,  § 1589, §  1201, §  241-242  FICILITATION, COMPLICIT , CULPABILITY AND LIABILITY  with immunity.

**THE RULE OF LAW:**

A.  18 USC 1589(B) state , " Whoever knowingly benefits, financially or by receiving anything of value

1. That includes Banks , Suntrust Bank made over $400 in one month on Mrs Hankins illicit activity for NFC. .

2. Erie Insurance Company: **contributor factor**, refuse to pay for the damages about November 16  2006 when lightning hit my home ( exhibit A) .

3. Zurich Insurance Company: contributory Factor, when petitioner filed claim against David R Shearon for stealing millions ( it is in the Bar records) , Zurich stated what Michael J Denning stated, "  you have to  get a lawyer"  knowing that no lawyer in NC is going to assist a citizen with a legal  malpractice claim. That is an implementation by the NC State Bar , that 18 USC 1961 influence  and coercion to perpetuate slavery and control ove the balck community. Petitioner has had over 15 Officers of the Court that have gotten paid and they would not even get Mrs Hankins banking information in the purported divorce case matter that led to Denning's $682,000 Distribution Order.

4. North Carolina allows the family court staff  to sell off companies belonging to the Black community without legal grounds . If there are no or far less Black owned companies, then we do not get Federal Aid during natural disasters. If and when there are far less Black  owned companies, we can not take advantage of the State or Federal  minority programs. Less money in the Black community , less aid needed to support the Black community.  Doing this pandemic, I can not

the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.

apply for any aid because my injury is due to the discriminatory practice of Law implemented by the NC State Bar and the NCDOJ.

B. 18 USC 1595(a)" An individual who is a victim of a violation of this chapter may bring a civil action against the perpetrator <u>(or whoever knowingly benefits, financially or by receiving anything of value from participation in a venture</u>

   1. That includes favortisium when the Officers of the Court have another matter before the State Court.

      a. That also includes favortisium from the State via the Department of Justice in favor of big companies that violated the citizens of NC rights in their industries. The intentional failure to properly investigate &  prosecute big companies is a valuable asset granted  by NC.

   2. Mary Jean Gurganus got paid $4800 to represent Petitioner & Children in 2014  on a return hearing for an ex parte motion or abuse by Mrs Hankins. Stacy Carless, Mrs Hankins 1st cousin solicited Gurganus to ignore her responsibility to represent us at the return hearing. At the return hearing Gurganus lied and stated that the Court continued the hearing and had me enter into an agreement allowing Mrs Hankins to see the children the weekend. I was trying to be cordial , they were scamming.  I was not told that by entering into the agreement that the ex

parte motion, the fact that I had the children 100% would be void and the purported scratched agreement would serve at a temporary Custody Order. At that time Mrs Gurganus quit the case and refused to defend that scratched agreement. Carless now the only attorney to intrepid the agreement appeared back in court on a contempt motion trying to have the petitioner held.

3.  Carless even had a person do a psychological exam on the children  that was not licensed to do so. Upon learning that this lady ( Phyllis West ) had performed professional counseling on my children without my consent , I contacted the License board for professional counselors who informed me that she is not licensed to do so.  . The Board initiated a case with the NCDOJ. Mrs West wrote a scathing report of me as a father making false claims. The report was entered into the State Court records.

4.  Careless even appeared  and stated in court that I was interfering with the children's therapy. They even lied and stated that I consented to the therapy while in reality , I was trying to stop that lady from  seeing my children.

5.  Perpetuating slavery, Carless represented Petitioner in early 2014 and than represented some against me in late 2014 trying to have me locked up. This is a conspiracy against rights protected by the United States Constitution, the 5th and 14th

aAmendment " due process" and a violation of rights protected

by the Civil Rights Act of 1964 that caused severe injury to

Petitioner and the minor children. It has been pure hell  on this

community. ( praying for consideration for a statement that

might not be court worthy or appropriate )

6.  Petitioner filed a complaint with the Bar about the conflict of

interest of Carless representing Mrs Hankins. Carless led the Bar

to believe that she was there  only for emotional support in

2014. Carless appeared in Court on or about January 8th, 2015

representing Mrs Hankins in the temporary custody hearing. On

the Temporary Custody  Order entered about March 2015,

Carless put Kathy BlackBurn as having represented Mrs Hankins

in court. Petitioner has never met Kathy Blackburn . That is

obstruction of a court order violating the provisions of Chapter

73 of the US Code " obstruction of Justice " .

7.  These children were born in a 5213 sq ft home with  5 bedroom ,

6 bath  with 5 people living in it without a mortgage. They now

live in a 1800 sq ft , 2 bath , 3 bedroom home that has a

mortgage on it. Psychologically , that is like putting the children

in prison in their teen years, I know my children. Multiple people

in one bedroom is how SMH lived in Jamaica. To them, they are

living in a restrained situation without legal grounds. We all live

the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.

like we are prisoners of North Carolina on probation. In reality, this is worse than probation in that we have not committed a crime and jail is pretty much in our near future, falsely incarcerating the father , the children will suffer the injustice. A person on probation that has committed a crime and is out has no worries about being put in jail and knowing they have not and will not break the law. A black man with money and property does not have the freedom that the person on probation has.

C. 42 USC 1983 state that a Judicial Official can be charged when " a declaratory decree was violated or declaratory relief was unavailable"

D. The Supreme court in the Bivens Claim 403 U.S. 388 ( 1971) " as stated every wrong action must have a remedy and the State of North Carolina offer no remedy to the Black community  when  Officers of the Court violated federal Statute including the United States Constitution.

I was able to build houses with family , my credit and reputation in paying quickly. Never in my wildest dreams did I ever expect that the than company attorney ( David R Shearon " DRS") who helped me get her in the United States arriving about October 2002 would reach out to her and them two would conspire to steal millions from me and this community , but that is exactly what they did. Between November 2003 to March 2006, SMH and DRS working in concert stole about $3,000,000. DRS  titling properties to be developed directly into SMH name. Petitioner paid for the properties,   sign the paperwork, put them on my desk or in the files, DRS would have SMH retrieve them and he would deed the properties away from this community and

the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.

company. About November 2003, DRS borrowed $400,000 on my home without my knowledge.

DRS also withheld the $55,000 payoff money from the purchase of 610 Martin St in Raleigh.

DRS also purchased SMH a new Jaguar about 2003. Between June 2004  and August 2005

DRS purportedly deeded several properties including 411 Loop Rd in Garner valued about

$250,00 5025 Sunset Lake  Rd valued about $250,000 , 4600 G St  valued about $150,000 and

4753 Sunset Lake Rd valued about $325,000 upon completion. SMH and her friend also sold

my 1st inherited property located at 2624 New Berry Lane in Bolivia NC. When SMH

commenced to explain how she came to sell my 1st inherited property in the Dec 11, 2017

incident ( Court hearing)  that occured at the Wake County District Court before former NC State

District Court Judge Michale J Denning " MJD"  , he stopped her from finishing. MJD was the

presiding the  Judge and SMH Council .  I tried to finish what SMH had started and MJD

threatened to hold me in contempt . I kept my mouth closed and let MJD finish his business.

Those people in State Court will rob a victim of a robbery. The Wake County District Court /

Family Court Staff represented SMH against this community. That was a serious violation of

Right protected by the 5th and 14th Amendment " due process " Right protect in T 42 USC 1981

es.al., , 18 USC § 1589 " abuse of the law and legal process " 18 USC 241-242 conspiracy

against right under the color of State Law" They often had court without sending petition notice.

That would be Pamela Reese , teh Judge ocrnaotros who also helped the. Mrs Reese refused

to schedule my motion and pleading doing the time when SMH  was intentionally injuring the

children.  . I had to find out when she was not in and get someone else to schedule my

pleading. It did not matter because MJD was in on the conspiracy. They put their criminal activity

in writing called Court Orders, they can not say they did not conspire against my right, however

being a Black man with property , they know that no one  in NC would  challenge what he does

and the State grants him immunity.

By March 2006, DRS and SMH had closed all my accounts and had liquidated all my assets.

About March 2nd, 2006 while I was in New Orleans, they looted my home. My ID was stolen.

the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.

SMH relative, or the guy that was with her Dec 29th, 2005 when she sold my 1st inherited property in Bolivia , he had my ID from March 2006 until about April 2016. I had him arrested in Ohio working for WholeFood Market. The point is , I have suffered injury at the hands of SMH and her associates from her 1st year in the United States until the current time. MJD wrote an Order while representing SMH  and awarded her the new inherited property located at 60 Randolphville Rd in Bolivia NC that is encumbered with a lifetime write.

**Additional Fact:**

1.  The property at 60 Randolphville Rd only exists because SMH sold my other inherited property located at 2624 Newberry lane in Bolivia on or about December 29th, 2005.

2.  In Denning's Order entered about May 25th, 2018, he also awarded SMH $346,000 that was obtained by Christopher Mann , James R  Levinson and John Franklin MaGraw in violation of 18 USC § 1341-1344 " Bank Fraud, wire Fraud ,§ 1961 the RICO act , 1589" Abuse of the Law " ,§  1956 " money laundering" . John Franklin Magraw was aggressively threatening me trying to get me to come sign the deed between Dec 2017 and February 2018.

3.  Denning awarded the petitioner a lot of money that does not exist when the case matter should not have  been held because of the agreement between the parties where she waived her rights to distribution , a right to a contractual relationship [ 42  § 1981(b)] .

4.  I met John Brian Ratledge about February 13th, 2020. He threatened me in the saem courtroom that MJD represented SMH. Ratledge threatened me about filing a complaint against his colleague. In retaliation of my defiance of their illicit activity Ratledge took my children knowing that SMH had been intentionally inflicting injury to them.I was scheduled to be at the NC Department of Justice on February 17th, 2020. Due to the threats by Ratledge, I did not attend the hearing or whatever I was supposed to be there for. I filed a motion letting the NCDOJ know what  happened on the 13th.


the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.

5. Fact: These State Judges talk to Black me in their courtroom like we just arrived in the United states on a Slave Ship yesterday.

6. If a Black man invokes  or exert his rights in State Court , the Judge will get upset . John Brian Ratledge after exerting my right pursuant to T 42 USC 1981, got upset and stated that " in State Court , we are on State Statute" the order  taking my  children , Denning's order taking  the money and my inherited property corroborate my allegations.

7. On February 13th, 2020, Petitioner asked for a jury trial which is a right pursuant to the 7th Amendment, that motion was denied. Being that the matter before the court was in an amount over $500,000, I was thinking that the matter met the burden for a jury trial.

8. Ratledge signed an Order about October 2020 to carry out his threats.

9. On or about April 12, another motion was filed by Mrs Hankins  for contempt of court for not signing over the nwe inherited property

10. Fact: not only will that State of NOrth Carolina violate petitioner Constitutional right and right Protected by the Civil Right Act, they will enter order forcing Petitioner to violate the rights of other Black Citizens. My mom's Brother is the granter of the Lifetime Right. MJD basically sold the inherited property to my brother who has been  helping SMH embezzle money since 2003. Neither my brother nor SMH has so much as a highschool diploma so they work together, stalk me , my work and companies and get the information back to the OOC , they will collect any ( 100%)  proceeds that we generate. When the Order was entered by MJD , my brother got a copy and ran my Uncle off the property.

### Defendants and their  MOTIVE and reason

11. THE STATE of NORTH CAROLINA  facilitate the OOC in stealing from Black owned companies, families and communities to assure control of money and power of the State for a certain demographic of people for generations to come . In layman's term the state is perpetuating and continuing the practice of slavery. The state grants the Officers of the Court immunity . The Officers of the Court grant immunity to the citizens that aid and

the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.

participate in their objective. In this case, SMH has no idea the injury that OOC is causing to the petitioner's community or the children because she does not have the intellect to comperhind. SMH  understands that they are paying her more money that she can possibly make and all she has to do is do as they  tell her  which is allow them to use her name to rob this community. She just signs the papers and get paid. SMH has been paid about $350,000 in the past 3 plus years on property valued about $1.4 million stolen, otherwise injured or this community lost to illicit activity   by North Carolina Officers of the Court. She has been gone from  the house since 2014. The properties are as follows :

- 1009 Fieldgrass Place , paid from the Countrywide settlement case no 2:13 CV-08833-CAS valued about $550,000
- 4753 Sunset Lake Rd valued about $325,000 paid about August, 2017
- 1317 West Garner Rd valued abut $140,000 foreclosed about Jan 2021.
- 610 Martin St valued at $385,000, Bankruptcy case no 18-03044-5-DMW paid May of 2019

a. The State of NC has that influence over the other defendants  to make the Codes of Federal Regulation " CFR"  , the US Constitution " US Const.  and the Civil Rights Act  es;al; not effective in NC. Each Defendant has an financial interest in perpetuating slavery if only but just future favor from they state.

a. Taking office and  intentionally ignoring  the injury to a certain demographic of people is a contributory fact in the traffican of Black men within NC.

12. Even thought the people choose the governor, the governor as well as many other agency heads and  officers who swore to Defend and against any action not consistent with the values of the US Constitution is forced under the color of State Law to ignore the issues facing the Black  community , the illicit activity, the injury  concerning the epidemic of stealing money and property , perpetuating slaveryon it's black  citizens . Petitioner

the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.

met the **Gov. Roy Cooper** about Nov. 2018 at a Church in Nash Co and explained to him about the Judge taking inherited property encumbered with a lifetime right and other illicit activity on behalf of the State or using State resources , nothing was done about it. Gov Roy Cooper gave me the Trucky in Nash County that District Court Judge Pauline Hankins cooked Thanksgiving 2018 in Brunswick County.

13. Petition filed a complaint with the city of Raleigh about June 2018 concerning the theft of 610 Martin St and the Forgery and or misuse of my signature to obtain the $346,000, my complaint was ignored, nothing was done about it.

14.  Petitioner filed numerous the Wake County District Court, the district Attorney's Office

15. It is  my firm belief that two or more lawyers conspiring against our  rights  were able to force or convince  the Wake Co. CPS to ignore the intentionally physical and emotional abuse of my children by their children's mother to clear the path to Michael J Denning entering the order that unlawful seized money obtained in violation of said laws ( $346,000) and inherited property .

16. WholeFood Market: contributory factory. With SMH and associates engaging in continual criminal activity, her relative , friend or associate obtained my ID about March 2, 2006 when they looted my home.  He obtained many traffic tickets around the country from Aurora Colorado to Maryland. This went on from 2006 until about April 2016. About 2007, the IRS started writing to me about the money I owed. At that time, I did not know of the guy with my ID and where he was working. It was the IRS that revealed that the guy ( Timothy Hankins )  was working for Wholefoods Market. I contact Wholefood on several occasions to inform them that I do not work for them.  Not knowing  how the extra taxes were owed, I agreed to making payments to the  IRS in 2007 . About  2009 I learned of him working in my name. I could not get help from the local IRS Office in Raleigh  so I went to Washington DC ( I have my receipts from the IRS office in DC) . The Agent in the IRS Office called Wholes Food in Austin Texas, identified herself and

the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.

told them that the person they had working was not Timothy Hankins. That was January 2012. The guy worked until I had him arrested in Ohio working at another Whole Foods Market about April 2016.

    a. Wholefood Market knew that the person they had working was not Timothy Hankins and continued allowing him to work , **a contributing factor** to the practice of Slavery in NC.  the big companies in and around this country know of NC's objective and capitalize on it.

    b. I have his paycheck history. He never missed an hour of work even in 2012 when Wholefood Market was notified that they have an illegal migrant working in my name. Prior to 2014, the gu was working in Maryland at a  Montgomery County Wholefoods Market.

17. Chap Axford , James R Levinson and John M Oliver . James R Levinson and Axford represent petitioner in the June 15,  2015 injunction hearing filed by John M Oliver. Timothy Hankins was the only named defendant. The injunction order entered about January 2016 named the Companies as a defendant even when they were never served to appear. Mr Axford asked the petitioner for $200,000 after they obstructed that injunction order. Oxford also told me what they were going to do if I did not pay the $200,000. On June 12th, 2018, James R levinson also told me what Denning was going to do if I did not pay the $682,000 in Denning's Order. On June 11th , 2108 that is when I went on line to see the James R Levinson purport to represent me at a cloning that did not happen. ( document can be viewed in case no 7:20-CV-000179-FL)  Mr Axford also had other hearings without my permission or knowledge. Axford and another lawyer received a judgement in that  case. The matter was part of the case in the Bankruptcy case with Allied Properties as the claimant. These lawyers will steal their client's signature , steal  their property or stal a signature and conspire with another lawyer to

**the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.**

steal your property. Being a licensed real estate developer and the lack of law enforcement, petitioner is alway subjected to illicit activity by Bar Members.

a. Oliver presented the Cour the obstructed injunction order on 11/16/2016. Judge Denning asked Oliver, " did you serve the companies : Oliver replied "no" . Denning knew the Officers of the NC Court had violated the provisions of Chapter 73 of the UNited States Codes and Right protected by the 5th and 14th Amendment and ignored even Rule 8.3 of the NC State Bar " reporting felonious activity the appropriate authorities" , his oath to defend against any action of law that is not consistent with the U.S Constitution.

   1. When the Law under the color of State law violate Federal Statute and is granted immunity, than there is not law and protection for the citizens.

   2. When one is granted immunity as the State Bar grants their members ( in certain situations) and the Administrative Office of the Court , the NC Department of Justice grants State Judges , another ( petitioner and citizens ) has no rights.

b. Petitioner filed a civil complaint with the NC Industrial Commission , a State Court pursuant to NCGS § 143-291. The Attorney General pursuant to NCGS 143-298, required by State law , under the color of State Law has to defend what the Judges in Wake County do including the taking of inherited property encumber with a lifetime right. The NC Attorney General represented the Judges and Wake County's illicit action and had the case dismissed citing that the Judges had immunity . All other named agencies in NC including the Wake County Sheriff Dept, the Raleigh Police Department es.al., have the same understanding as the NC Department of Justice does , they claim the Judges and Officers of the Court in NC have immunity under the color of State Law. It is my

firm belief that the immunity is granted in certain situations concerning the Black community and slavery. .

c.  The NC State Bar sent petitioner a letter dated Dec 15th, 2017, the same day that Denning es.al., recorded the fraudulent Deed to steal 610 Martin St, the $346,000 . The letter stated that the NC State  Bar does not conduct criminal investigation concerning the theft of 610 Martin St by David R Shearon in 2003 and other felonious   activity that he engaged in. This explains why lawyers steal so fast from Blacks.

- If the Bar does not conduct criminal activity nor report felonious activity the proper authorities and the NCDOJ defend their felonious activity , than we Blacks are truly in Slavery  times

d.  The rule of law 18 USC § 1595(b)  states " **(1)** Any civil action filed under subsection (a) shall be stayed during the pendency of any criminal action arising out of the same occurrence in which the claimant is the victim.

1.  The law says any civil action filed , the state again moved under the color of State Law, ignored my pleading upon the invoking of my 14th Amendment Right and the assertion of Rights protected by the Civil Rights Act and denied this family  protection .

2.  Upon the invoking of the !4th Amendment and the assertion of Right pursuant to the Civil Right Act " equality and full and equal benefit of the law , the victim is supposed to be made whole. I should get back that which they stole but under the color of State law, not only do I not get back what they stole, they doubledown, threaten to lock me up wanting more money or property, what I give them is my choice but if I don't satisfy them, they will have and officers of the court bering the matter

the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.

before the Court. The Court that issue a contempt of Court ( Against

Denning 's Distribution Order )

18.   One of the most devastating elements of this situation is that as a licensed general

contractor , most of what I do takes months or years in the planning. Doing that time the

Officers of the Court is planning on how they can obtain the proceeds for my work.  With

lawyers alway stalking this community, we can not work. They steal any available cash

claiming it belongs to SMH but leave petitioner and this community with the

responsibilities and liabilities of the projects.

    a.   The same goes for planning the children's future in college and their

       extracurricular activities. It takes months or years of planning . With me not

       knowing where I will be the next month, I can not plan anything for the children.

    b.   In reference to the stability and care of the Children , In Denning's Distribution

       Order to justify his taking of all my assets , he  deem Mrs Hankins the home

       maker and primary caregiver  even when he knew that she stole both my homes,

       embezzled millions from this community and  was abusing the children.

    c.   If MJD deem SMH a homemaker and the primary caregiver, then petitioner is  a

       slave for them to force me  to work for their enjoyment.

    d.   Putting the children in the sole custody of Mrs Hankins assure that their children

       will do to my children what their ancestors did to my ancestors, slavery, the State

       of North Carolina's  endeavor .

19. Another fact and devastating element in the situation: Each time they steal my home,

Office, my business , my assets I lose a mass amount of money in pending projects

under construction . This has happened on more than one occasion to include the

following:

    ●   The theft of the proceeds from the sell of 4304 Salem St in Garner about 1996

    a.  That stopped the construction of 700 Topleaf Ct in Garner NC, I  was homeless about 1998.

- The equity theft  from 1009 Fieldgrass Pl. that cause the foreclosure March 2008, teh $400,000, the $406,000 and the $466,500 fraudulent mortgages.

  a.  that stopped the construction of new home period , that closed the Construction of new developed homes until 2015. I attempted to start it back Up and they stop that work unless I promise to five them the proceeds.

- The theft of the $346,000 in 2017 from 610 Martin St.

    a.  That stopped the construction and completion of 2806 Garner Rd in 2015 valued at $325,000 and 428 Como Drive also valued at $325,000. They want me to  sign that over to  Mrs Hankins so they can sell it and get their portion of the proceeds as the officers of the Courts have been doing my entire career.

- Now they are after 60 Randolphville Rd which holds a lot of my ancestors property. My grandmother purchased a new Cadillac in 1977. She passed in 1979. The Cadillac was put in at 60 Randolphville Rd and remained there until Denning wrote the order for the Clerk of Court to sign the property over to Mrs Hankins on May 25th, 2018. I have filed many complaints and that has only delayed  the theft of 60 Randolphville Rd. My Grandparents purchased this property in 1962. Nicholas C Brown , the trustee in the Bankruptcy case received a certified copy of the Deed and then turned around and threatened to recommend the court sell it if the petitioner did not agree to making payments. The property holds much of the farm equipment for the family farm that closed due to said illicit activity.  This property hold all the tools and what little equipment need to start this company back up later. They intend on stealing it or i have to pay for it.

**the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.**

20. Jennifer Smith ( married name Echols) , forged my name on court orders about Dec 2015 as a contributory factor in what Denning did in 2018

21. **Richard Cohan** : the loan officer. It is not doubt who aided them in the $466,500 fraudulent mortgage on my home. It was Mrs Cohan. I have the entire loan package with no signature on them. It does have Richard Cohan's name on it . I have the matching insurance policy to insure the $466,500 mortgage in May 2005 . I found the information after Mrs Hankins vacated the house located at 4729 G St.

    a. Judicial notice : the loan was done at and on 1009 Fieldgrass Place. They had Mrs Hankins to hold on to the documents including the purported loan document, the purported insurance policy and a $150,000 cashiers check she paid to DRS. Petition also found the HUD statements that she replaced the original HUDS with. Some of the HUDS have my name spelled wrong. Even the signatures are forged and spelled wrong.

    b. I did one loan with Mrs Cohan in April 2003. That mutated into more than 5 other fraudulent mortgages. They will steal your signature, steal your property or the equity out of it. That is Slavery, we work and they get the money violating Federal Laws with immunity that is Slavery, one man work and another live off that the victim work for.

22. Kathleen Murphy was paid $22,500 and refused to meet with the petitioner. Mrs Murphy was hired about Nov 30,2015. Mrs Murphy cursed me out for stopping by her office trying to meet with her without an appointment. This is what the State does to Black successful business men. Mrs Murphy and I never sat and talked. Mrs Murphy only did what John M Oliver orchestrated, abuse of the law and legal process.

23. John Franklin MaGraw and Christopher Mann conspired with Michale J Denning and James R Levinson   to steal the proceeds for 610 Martin St about December 15th, 2017.

the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.

They sent their information to Wells Fargo Bank and collected the $346,000. That is the second time that Martin St was stolen by an NC officer of the Court.

a.  James R Levinson of Levinson and Axford law firm  was hired in 2007  to assist the petitioner with what David R Shearon did back in November 2003 in that Shearon never sent the $55,000 to pay off the seller's note.

b.  Levinson was paid to aid in the theft of the proceeds of Martin St in 2017 and later in 2021 filed for action to foreclose on 1317 West Garner Rd . That is my 4th Foreclosure due to the illicit activity by the Officers of the Court. Had James R Levinson not participated in the theft of the $346,000 in 2017, there would be no reason to foreclose on 1317 West Garner rd. The foreclosure is a subsequent action to James R Levinson's illicit action in 2015, 2017 & 2018

c.  Lawyers will represent a client, steal their money , record [ 18 USC § 1021] purported information and then have other officers of the Court foreclose on your property. A sure fire way to perpetuate slavery especially when the Banks are on board with it.

d.  With what M. Denning entered into the records, that $682,000 order & J. B. Ratledge threatened to lock me up, I do not go into that building. It is amazing that in two blocks area  in Raleigh are the County Building & City permit office , the State &  US Federal Bankruptcy Court. In the permit offices , I am welcomed very well , in the Courthouse buildings , I am public enemy  #1, being a black man with money and property.

24. The City of Raleigh: I filed a report about June 2018 with the Raleigh Police Department concerning the violation of 18 USC 1201 , 1341-1344 with the theft of Martin St and to this day , nothing has been done about it . The City will find me for having an unfinished house in the City limits but refuse to provide any kind of protection against the illicit activity  that causes the house/ projecte  to be abandoned.

**the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.**

a. In 2008 , petitioner received a $28,000 fine ( $100 per day for 280 days) on Martin st as it burned Easter Sunday 2006 . This was doing the time when DRS and SMH had closed out all my banking accounts and embezzled a few million. SMH closed my accounts and duplicated it giving her exclusive signature authority over all company money. SMH then blocked me from using what was her account. Because of her relative using my name around the country , the traffic tickets in other states and the issue with the IRS, I did not discover that Mrs Hankins herself actually blocked me from her account until I subpoenaed her banking records in 2017. That check that was blocked was one that I wrote to the City of Raleigh to obtain the permit to reconstruct Martin St in 2007. This is another incident with the Martin Street property .

b. At the City council meeting about February 4th, 2020, I told the City Council at a public meeting that they stole $867, 500 out of the only two houses that I owned within the City. That would be 1009 Fieldgrass Place and 610 Martin Street. Nothing was done, I have never received on call in the interest of justice , the city lawyer was at that meeting. The City Lawyer had a duty to make sure that the Officers provide equal protection under the law. The City Lawyer had a responsibility pursuant to tRule 8.3 of the ABA and the Rules of the NC State Bar to report illicit activity to the proper authorities. The failure to act is a contributory factor in the implementation of slavery on the Black citizens in Raleigh and the State of NC.

25. Each Bank or Financial institution facilitated SMH illicit endeavors. They are complicit , culpable and liable for the damages.The bank ignored the CFR concerning their industry. SMH deposited proceeds checks into accounts and withdrew the money out in cash. In March 2006 alon, that one month she withdrew about $150,000 in cash in amounts between $11,000 and $20,000. She stored the money in her Safe Deposit Box that I

**the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.**

discovered doing the subpoena. SMH constantly threatened injury to herself, Petitioner

and the minor children in furtherance of her illicit endeavor. The state of NC facilitated

her endeavor in that they intentionally denied this community protection. This community

made and had stolen about $5,000,000 . Most of the money was taken in her 1st 42

months. It is like they allow her to do as she pleases with immunity but if I was to do

anything, they will charge me with the crime. The Officers of the Court stole so much in

Raleigh , Wake County, I got scared and moved to Brunswick County. I was afraid  that

they would eventually cause fatal  injury to SMH and frame me for it.  I have seen 1st

hand how bad they will lie, the forgery, the bladen violation of Federal Statutes  and

fabricating of  evidence to meet their objective. They have to do something to cover up

their crimes.

    a.   NOTATION: if any defendant claims that the Statute of limitation has expired, if

        any additional information can not be obtained , the liability falls solely on the

        State of NC for facilitating the  continual criminal activity. .

26. SMH  and DRS stole millions before they commenced in State Court June 15th, 2015.

    SMH  had the company lawyer helping her in from 2003 until 2017. SMH had Stacy

    Carless help in getting temporary custody  of the children from 2014 until 2015. SMH

    had John M Oliver , Jennifer Smith , Michale J Denning, Pamela Reese , Kathleen

    Murphy, Chad Axford and James R Levinson helping her from 2015 until early 2017.

    Now SMH has John Brain Ratledge   and C. Melody Davalos helped her in 2020 and

    2021 to have me restrained for not continuing to work for them. They stole that $346,000

    , gave SMH a portion to hire more Officers of the Court to engage in  and participate in

    the venture of destroying the general welfare and stability of this community violating

    Federal statutes.

**the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.**

a.   According to Court records, SMH has been paid about $350,000 for three

properties since August 2017  that was subjected  the illicit activity by officers of

the Court including the following :

- 1009 Fieldgrass Place : that case was heard  in the US District Court in

California case no 2:13 CV 08833-CAS. SMH was issued a check form

the Countrywide settlement on their $466,500 fraudulent  mortgage on my

house, the problem is , that was not her house but the Court in California

thinking it was. The house was not jointly owned property.

- 4753 Sunset Lake Rd: this property is valued about  $325,000. The

property should have been titled in Omar Construction Inc name. Mrs

Hankisn received payment about August 2017 on what they did in 2004.

- 610 Martin St: this is the second time that lawyers stoel the proceeds from

this house. SMH was paid according to Court records the $346,000 they

obtained in May 2019.

27. Nicholas C Brown , William Brewer Jr and David M Warren represented SMH in the

Bankruptcy case filed about June 15, 2018 upon the entry of Denning's purported

Distribution Order.

- Fact: William Brewer Jr. showed David Warren that artifice used to obtain the

$346.000 about the September 2018 court section. Warren was upset that

Brewer got him involved but Warren under the color of state Law ignored his the

28 USC 453 Oath he took and allowed them to hold the $346,000 which

continued the closing of my companies. . Petition filed for a Chapter 11 protection

. With the Filing for a Chapter 11 protection, it is illegal according to " the

Automatic Stay " [11 USC § 362] ,  for them to hold any assets to the estate,

even money they obtained illegally.

**the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.**

- Petition did not want the money, petitioner wanted my property ( 610 Martin St). I did not sell my property. I told Mrs Brown, " I did not sell that house" , Mr Brown replied " It does not matter, the property is sold". When one can sell another's property and under the color of State Law and it is purport to be deem legal, than we Blacks are indeed in the times of slavery.   I would have settled for the money. The Bankruptcy Court administers the duties of the US Bankruptcy Court in Raleigh NC under the color of State Law and according to state Law .

- Warren appointed Nicholas C as trustee , Brown threatened me about Dec 13th 2018 , a few minutes before Warren took the Bench. Mr Brown stated that if I did not agree to making payments on the inherited property , meaning that the $346,000 is not up for discussion , he was going to recommend that the federal Court sell the inherited property to pay Denning's Order. I told him to sell it. No matter what damage they threaten , I will not agree to indentured servitude to anyone notwithstanding established Federal Laws. I was a man, a citizen of the United States the last time I checked, we are entitled to protection and they denied me my rights.

- With the constant threats of abuse by lawyers , most of the people in this community and myself feel that I will be lynched soon. I have watched my children being abused to the point of constant hospitalization and I can not do anything about it when I try to be a father to them. I have since cut ties with all my children and all people in this community. The continual abuse, the constant being hunted by Officers of the Courts has taken a severe toll on my mental, psychological , emotional and financial   health.

- District Attorney Nancy Lorin Freeman called me in late 2016 and stated that she is not getting involved. That was the only time that I spoke to Mrs Freeman. I brought it to the District Attorney's attention about SMH abusing the children, the

the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.

theft of treasury checks, the forgery of my name,  the constant perjury in District Court and the theft of my mail that appeared in state court. . MJD made it clear that he was not going to deal with SMH illicit activity and recommend that I see the District Attorney. .

- This is a practice of Slvery. When I filed for a 50 B in 2014, Judge Green would not entertain the idea of hearing the case, She immediately kicked me out of Court stating that " you only want a quickie divirce. Had Judge Green heard the case in 2014, we would not be heard in 2021.

-  I was born living on the very same property that Denning is trying to take in his Distribution order. In 2021 at the age of 54 and can not run the company that I was running before Mrs Hankins arrived. The Officers of the NC Courts have made it 100% clear that I will  never be able to live my life as I can afford or live my life as I did before SMH arrived in the United States. Petitioner cannot do in my 50's what I did in my 20's and that is bring this community together and build houses without lawyers stealing them. If I  work now, they want the money claiming that community money, career money, business money belong to them.

28. United Community Bank in Garner NC , formerly Four Oaks Bank allowed SMH to open an account in a company name with a similar name to a company that I opened. SMH company name was Sardia Enterprize LLC with a "Z" opened about 2009. The original company was established about 2003 in Sardia Enterprise LLC with a "S"  established by petitioner. I did list Mrs Hankins as  a manager of that company until she started embezzling money.

  a.  Four Oaks Bank allowed Mrs Hankins to cash a $50,000 check that was written directly into my name.

the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.

29. Bank of America received a subpoena signed by NC State District Court Judge Michale J Denning about April 2017 to produce Mrs Hankins Banking information and ignored the subpoena.

   a.  WHY? It is my firm belief that Bank of America es.al., financial institutions ( with their own personal NC  Officers of the Court) know of the State underline objective and contribute to, facilitating  the States illicit , unconstitutional vitriolic objective.

   b.  Why not just produce the banking information, what did  they have to lose?

   c.  Any argument they make, the embezzlement of millions of dollars , their legal obligations  according to the CFR regulating their  industry take precedence over any reason they can make for not producing Mrs Hankins information.

   d.  They had an obligation to report certain activity to the proper authorities .

   e.  It  would have been easy enough for the legal department of the financial institutions to check with the NC Secretary of State to see who  the primary Officers of the Companies were that was being looted of their assets money.

30. The thing that hurt me most was not the money they stole. As a father,  the fact that the state knew that Mrs Hankins was intentionally injuring our children  and did nothing to prevent it , to get me to the  point where  they could steal money and property. The children were doing as well as I was in 2000 with the development of a 5213 sq ft home without a mortgage in their prospective graded and extracurricular activity including their pre college classes. I started them at NC State University about 2010 when my son was in the third grade. My oldest daughter started about 2013 and the youngest in 2015. The children also attended  champs  at Duke University, University of Carolina North Carolina ( UNC) and NCCU School of law in 2015 through 2018. That all has stopped. Had the State not interfered in our lives without legal grounds, I would have  continued their

the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.

educational endeavor.  Had the State of North Carolina afford petitioner equality within

the law, we should be living in the house I built for them.

31. The felonious activity described herein has continuous over 20 years.

The **statute of limitation** should be as  stated:

    a.   as  detailed in 18 USC § 1595 C  " **(1)**10 years after the cause of action arose"

    b.  As detailed in 21 USC 848 " two  or more felonious action   10 years from  the

        last  occurrence

    c.  I filed for Bankruptcy Protection and that case was dismissed case no

        18-03044-5-DMW

    d.  I filed a complaint in Federal Court about March 2018, that case was dismissed

        case no 7:18 CV 37 D

    e.  I filed a case in Federal District Court concerning David R Shearon case no 7:18

        CV 61 D and that too is dismissed.

    f.  I filed an appeal to the Bankruptcy case and David M Warren sent a

        recommendation to the clerk of theFourth  Circuit Court and that was dismissed .

    g.  That case in California , case no 2:13 CV 0833-CAS, they sent Mrs Hankins a

        check and it was not her house.

    h.  This place everyone recognizes as the State of  North Carolina operates like a

        53819 sq mile plantation concerning Blacks ,theri homes , inherited property ,

        their children and money.

Title 42 USC  §1981 and § 1983 , The 14th Amendment, the 5th Amendment:  when one person

is immune from  prosecution than the civil rights act es.al., does not provide protection, there is

no remedy when one violate said rights

Getting wealthy is very easy, building a house , even a 5300 sw ft home without a mortgage  is easy,  staying wealthy and black ,  and living in your home ,  I haven't figured how to accomplish that task in North Carolina.

Had the State of North Carolina not deprived this community protected rights , this community through my contractor's license would be up by $500,000,000 ( five Hundred Million dollars) . Real estate development is that strong , that swift and that easy. I clearly understand why NC allow lawyers to steal an abuse the Black  community.

Take the $125,000 petition left Bankruptcy Court with in 1998 and double it every 18 months, that is what David R Shearon stole in 2005. That same factor should be applied up until 2021 for this community and children.


Petitioner is still not free to use even my name like a citizen. It appears that once the NC Authorities , the Officers of the NC Courts home in on one person, once they enter something into the records, no matter how obvious the violation of federal law is, it is deemed good and there is no escape. The NC Officers of the Court do far more business in my name than I do with forged, copied and pasted signatures .


In an effort to get the Court to under my predicament they put this community in , petitioner want to explain. In 1990, I opened a restaurant at the age of 23. While running my restaurant, I told my uncle I wanted to buy a house. He stated, let us build it for you. I trusted my uncle so I was paying him from the money  made from my restaurant. The house is built with no problems. When the house was completed, my uncle told me to borrow about $25,000 from the Bank and pay off his friends. I did that . when the bank appraised the house, that is when I learned of the equity in the house. About 1996 I asked my uncle if he mind me selling the house, he said no. We sold it and purchased a few more properties. We got into financial trouble because we did not get all the proceeds from the sale of 4304 salem St. The point is , my uncles did the actual

work in the construction business,I never learned how to cut wood or any other trade. All I had was the money to pay people and license to build. When the lawyer took the money, I had nothing to work with, this based on how I was developing houses. The lawyer stole a lot of money between 2003 and 2006 and shut the company down and again in 2017 shutting the company down. Now the Office of the Court is threatening me to go back to work but I have  no money and no skills to do the work, they have the money. No one wants to work for me because lawyers will steal their  money. It is like I am ordered to get my family and friends back to work or go to jail.

**Fact**: the server abuse started about January 2005 when petitioner learned from the Garner permit office that the commercial property located at 411 Loop rd was not in my name or any company that I was connected to or a manager of. I had Paid David R Shearon $225,000 cash for the property. David R Shearon withheld a portion of the money and commenced with a foreclosure about May 2005.  From January 2005 until March 2006, their ( Mrs Hankins and David R Shearon) illicit activity, Petitioner and this community lost about $2,000,000. That closed that family farm. Each year since David R Shearon has  directed / procuring Mrs Hankins on how to get more illicit proceeds. Her testimony December 11th, 2017.

**Fact :** the 5 plus million they stole is chump change compared to the injury they did to the children, seeing my children constantly  hospitalized and as their father, I can do nothing to protect them without getting into trouble with the State of North Carolina.

Fact: **Wake Medical Hospital:** the children have medicaid insurance, like lawyers they are only interested in making money not protecting the people. Mrs Hankins suffers from Munchausen Syndrome by Proxy ( my firm belief) . Mrs Hankins would make the children sick to create the impression that they children needed her to care for them  and Petitioner had to work and could

the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.

not provide proper care. Think. I had no house payment, no car payment and rental income. I

was able to work when the children were with their mother. I had the time to care for my children

but that was the picture Mrs Hankins and her friends tried to portray that I was too busy . Stacy

Carless and Mery Jean Gurganuse manage to get us on week on week off custody terms. We

exchanged out on Sunday. Due to the children constantly coming home vomiting and thinking

about the fact that Mrs Hankins was poisoning me when she was living in my house, she is

Jamaician , she did do it.  the fact that the authorities would not prevent the abuse, I made up

an excuse to change the exchange day to Monday. I need that 8 hours  between Mrs Hankins

having them and me getting them to better show that Mrs Hankins was poisoning them right

before sending them back to me. I had to start picking them up from school on Mrs Hankins last

day of custody.I filed complaints in state Court . Michale J Denning banned me from filing any

more complaints against Mrs Hankins and  went on to represent her [ a 5th and 14th

Amendment violation as well as a Civil Rights violations under the color of NC Law ].  In the Dec

11th 2017 situation held in the Wake County Courthouse, Denning fussed at Mrs Hankins a little

for constantly putting the children in the hospital but eventually they gave them to her 100%.

When I tried to explain to Denning what I had to do by changing the exchange day from Sunday

to Monday, his only concern was did I give him a reason to lock me up for not following a court

order showing no concerns about Mrs Hankins putting the children in the hospital. Denning

asked " WHAT DAY DID THE ORDER SAY FOR YOU TO EXCHANGE  CUSTODY". Mrs

Hankins answered that when she stated" there was no specific day  to exchange custody". If

someone would compare the children's medicaid billing from August  2011 until August 2014(

regular billing) , then look at August 2017 until August 2017 , you will see the billing for the

Munchausen Syndrome By Proxy. In 2017, Michael  J Denning assured Mrs Hankins that she

had nothing to worry about in respect to losing the children and getting money as he

represented her. Now compare the billing form August 2017 until the current times, there is no

excessive billing, she quit poisoning them. Mrs Hankins  is one of them ,"  if I can not control it , I

the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.

will destroy it before I let you do it" she applied that to my career , my homes , my inheritance as well with lawyers aiding her in impunity.  Mrs Hankns was afraid that her children was getting out of her reach with their education , she had to stop them . In 2013, I took a class at Wake Tech, the children were excelling  in their pre college classes and extracurricular activities . SMH cried claiming that she can't  not do anything. I tried desperately to comfort her and explain that we were a team , one benefit , we all benefit. She need to be me, have my position as a business owner without the knowledge, that is where the lawyers purport to  filled in the blank space in her life at the expense of me , the children and this community. **Wake Medical Hospital and the Lawyers** made a lot of money, millions  off Mrs Hankins Illicit activity.

 To give the court an idea of the damage they can do, facilitate , foster exhibit a was paid for in full the day Mrs Hankins walked into the door October 2002, their collective illicit  action, the house is lost. I was smart enough in my 20's to save for, study on how to build, went to school , design and built the house without banking help but yet in my 30's I did not have the knowledge to prevent them from stealing, that is the same effect  they had on my children under the Color of the State of North Carolina law.

- My son at the age of 12 was part of a team of 15 to 18 year olds that broke one of Raleigh's swimming records. After swimming he would go play baseball where he would frequently hit home runs.
- My oldest daughter attended 3 sections at NC State School of Science in 2017 and one week at NCCU School of Law, my home had a library in it to aid her.
- My baby was by far the smartest now at the age of 14. We enjoyed science experiments together. My house had a science lab in it.
- Much if not all  of this complaint / statements  can be corroborated in case file 7:18 CV -37-D and 7:18-CV 61 D ( furnished with Certified Transcript from State Court)  as well as  Bankruptcy case no 18-03044-5-DMW. For the investigation pursuant to 18 USC 1595 es.al., my FaceBook page would further corroborate my allegation.

**the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.**

North Carolina is a wicked State on too much of it's Black community. They already made it clear they are going to lynch me if they can get me into that building again. Nothing they are doing is legal so that is why I call it a lynching. They will get their chance to lynch me violating T 18 USC 1582 , capturing me and transferring me back to face their wrath. They fabricated information to lead the Federal Court in California to believe that my house belongs to Mrs Hankins., they fabricated evidence about 2006  that  got me oldest brother 19.5 years that he is serving this very day. I have more money and property, they will fabricate more information.

To give the court one more ideal of how wicked the State of NC is , my mother financed much of my work. Her name is in the ownership history of many projects that I developed. When she died in May 2019, Mrs Hankins was getting paid from the $346,000 while I owed my mother about $75,000 of the $346,000 they stole. 610 Martin St appraised at $165,000 in 2015, we remodeled the house up to the current value of $385,000 today, we did that in 2017. Denning and the Wake County Family Court Staff  illegally seized the money Dec 2017. **Last,** my sister is NC State District Court Judge Pauline Hannkins, of the 13th Judicial District of NC,  that means they will rob anybody black including the family of a black judge. John M Oliver and the other lawyer brought it to the attention of State Judge Michale J Denning on 11/16/2016 that my sister was a judge and the fact that my family financed the projects that were being developed. Think about that in respect to the psychological injury imposed on a  community.

## DECLARATION  / AFFIRMATION

I , Timothy Omar Hankins Sr, the undersigned declare under the penalty of perjury that the statements herein to be true and correct to the best of my knowledge except those statements meant to be my firm belief and in those , I do believe them to be true. This being my affirmative supporting statements. I hereby swear that I never knew evil existed in 2021 as we have been subjected to doing my life.  They will teel you in advance what they are going to do to you if you do not comply to their indentured servitude. If you do not believe me, listen to the Bankruptcy case hearings. The Bar members  know that NC will defend their vitriolic unconstitutional , unlawful   actions against this community.

the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.

**RELIEF**

**WHEREFORE PETITIONER** has moved this court in good faith and respectfully pray upon the Honorable Court for the following:

1. For someone of appropriate  authority to charge Mrs Sardia Marie Hankins with the crimes she committed. That would get the petitioner 75% of what I want . In that , the lawyer do not have anyone's name to use to steal , this community can go back to work. **Notation** : the same family that taught me , aided me about 1995 in getting my contractor's license, knew that my children were well on their way of carrying on the family real estate business and was preparing to work for my children as they got their degrees and license. It is  seriously like this state intentionally implements a practice of law that deprives children of their father, their family and their education enrichments .Equal rights and equal justice under the law  that North Carolina has denied this family for years, concerning all defendants answer the complaint  but more explicitly for **Mrs Sardia Marie Hankins** be properly investigated and charged with the Federal Crimes that she has committed including the intentional injury to  the minor children.

   Investigation to include the following:

   a. A proper examination by the appropriate authorities for Mrs Hankins and the Petitioner to understand  the crimes she committed

   b. That includes her immigration status and how she obtained it.

   c. The fact that her family migrated to the United States based on money obtained in violation of the RICO ACT should be investigated  and considered

   d. I want to know where she wireed off and did with all the money she embezzled . I have her bank statements that show the wire transfers.

   e. Appropriate relief pursuant to the violation of 110A. The Injunction would include any  further action by anyone associated with Mrs Hankins, she should be in prison.

2. Relief pursuant to 18 USC 1595 " Stay and a proper Investigation" as the law prescribe

   a. Relief pursuant to 18 USC 1595A , " an injunction "

3. Petitioner **invoke** my 1**4th Amendment Right** and **exert my Rights pursuant to 42 USC § 1981**

   a. Relief pursuant to 18 USC 1593 calculated and figured the Attorney General Office of the United States as prescribed by law.  .

**the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.**

b. A Temporary Restraining Order / Preliminary Injunction to prevent NC (es.al.,) from  causing more injury or entering any more sunquent Orders to Michael J Denning's Order.

4. To move in Forma Pauperis and have each defendant served by the the US Marchell's Service

5. Vacate all orders including & subsequently to Mrs Carless's obstructed Temporary Custody Order entered about Mar/ 2015 pursuant to 18 USC § 1509. That unlawful action [ obstruction Chapter 73] procured SMH to proceed in the Distribution matter ( case no 15 CVD 7476) .

    a. Vacate Denning's Distribution Order entered about May 25th, 2018 and all subsequent orders entered in Wake County against the Petitioner and related companies.

6. Consideration pursuant to 18 USC §  1589 (C), this family/ community and children  has suffered severely financial ,  emotionally, reputationally and psychologically

    a. If any portion of this complaint is deem inappropriate, that should not negate the remainder of the complaint.

7. MONETARY RELIEF: for the complicity, culpability and liability

    **a. Bank of America pay 5  million dollars**

    b. **Wells Fargo bank,** I spoke to them directly about exhibit B , they stated that it did not matter because the judge was going to take the house in due time. Wells Fargo should be ordered to pay this community **$50,0000,000 ( fifty Million dollars) .** I have had many bad interactions with Wells Fargo. It is not like they have not gotten into trouble in the pass for intentional financial indiscretions.

    c. **Suntrust Bank pay 15 million  dollars**

    d. UNITED COMMUNITY ( FORMALLY Four Oaks Bank in Garner NC) **pay five million dollars**

    e. **10  million dollars from  WholeFood Market,** they were told by a Federal Agent in Jan 2012  that the person they had working was not Timothy Hankins and allowed him to continue working another 4 years.

    f.  **Fifteen  million dollars** from Zurich Insurance Company , they insured David R Shearon who stole my homes and a total of about $5,000,000. Three fold pursuant to 18 1964 (c)  is appropriate.

    g. **Five million dollars from Erie Insurance** , Erie knew that Mrs Hankins committed insurance fraud , they were informed in 2016 when she entered her

the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.

equity distribution inventory into State Court that the jewelry listed in her distribution inventory was  the same jewelry she was paid for in 2006 on a claim where my home was looted.  I personally called the investigator. Erie Inc failure to properly handle the insurance fraud  perpetuated  and is a  contributory factor in the slavery , they failed to do anything about her illicit activity at the request of the State / Officers of the NC Courts.

- Lightning hit my house at 1009 Fieldgrass Place  about 11/16/2006, Erie refused to pay for the damages.
- Erie insurance issued a policy to cover the fraudulent $466.500 mortgage on my home
- The rule of law pursuant to 18 §  1957 states that the beneficiary of proceeds obtained in violation of this section do not have to know the proceeds were obtained in violation of stated Federal Law to be held liable. This should apply to Mrs Hankins, the violation of 21 § 848 coupled with 18  §1956 and  § 1961 in reference to money  her family received to migrate to the United States.

8.  I want equal rights and equal justice and full benefit of the law from North Carolina , properly investigate those who violated Federal Statute, have them answer the complaint or **$25,000,000** ( twenty five million dollars )  NC intentionally failed to prevent the continuous violation of said Federal Statute. The State is responsibility for the actions of the Agencies and Officers of the NC Court, they fail to properly regulate them is a relevant contributory factor in the illicit activity outline herein. The State of NC  is responsible

   a.  For each Bar member that participated in the violation of 18 USC §  241-242 , relief pursuant to establish Federal Statute for such violation..

   b.  For each Bar member that participated in the violation any provision of Chapter 77, 73, 63, 95 and 96 to include the violation of 18 USC  § 1589 " abuse of the Law, relief as prescribed by Federal Law.Relief pursuant to title 18 USC §1593

9.  The truth and reality is, petitioner being a well established licensed  real estate developer , the primary relief requested is or that which I seek most is to be able to build, teach my children the real estate industry as they venture into  their own professional career. I want the company that I had as late as 2000 where I had many people in my community working. We, my uncles and other friends  frequently visited auctions buying anything that we needed for the businesses and their individual business. I want the

the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.

house, the central business location for my professional associates to meet. I want the commercial establishment that I had started to develop located at 411 loop Rd in Garner. That business location would have been as big and nice as my home had the State not facilitated the Lawyers in perpetuating and acting in furtherance of forced labor and slavery , or in other words the traffician of Black  men. I would like to put my people back to work. As stated, had NC provided equality within the law, Petitioner would not be in Washington DC trying to get help as I did in January 2021 with the IRS.

    a.  Petitioner moved into 1009 Fieldgrass Place without a mortgage in 2001, the best of the best homes, new , designed and built by family and friends of the petitioner , built by black people.

    b.  Petitioner had 100% of the money to build/ develop the commercial establishment located at 411 Loop Rd in 2004, the money was in the equity of 4600 G st, the equity of 5025 Sunset Lake rd and 4753 Sunset Lake Rd, three properties ( the equity)  stolen about 2005. I have the banking information showing the theft of the proceeds.

10. SLAVERY was not implimented 400 years ago by one single act or one single  person, it is a practice of law implemented by people violating the provisions of Chapter 63, 73, 77, 95, 96, and 110A of the United States Codes  with the same mind as those who invaded the Capital on or aout January 6th, 2021 who purport to move in impunity.

_____  this the 19th Day of April, 2021

Timothy Oamr Hankins Sr
730 Main St
North Myrtle Beach SC 29582
919 337 7262
843 543 1121

the UNITED STATES DISTRICT COURT for the DISTRICT of COLUMBIA.

**ATTACHMENT FOR ADDITIONAL DEFENDANTS**

1. NC Administrative Officer of the  Courts, 901 Corporate Center Dr, Raleigh NC 27607

2. North Carolina Court of Appeals 1 West Morgan St , Raleigh NC 27601

    ( mailing : PO Box 2779 Raleigh NC 27601)

3. Wake County District Court , 301 S Salisbury St Raleigh NC

4. Wake County Child Protection Service,  220 Swinburne Rd , Raleigh NC 27610

5. The North Carolina State Bar Association 217 E. Edenton st Raleigh NC 27601

6. The North Carolina Office of the Attorney General 114 W Edenton ST 27603

7. JAMES R LEVINSON  ( officer of the NC Courts,  member of the NC State Bar )

8. JOHN M OLIVER  ( officer of the NC Courts,  member of the NC State Bar )

9. CHAD EVERETT AXFORD    ( officer of the NC Courts,  member of the NC State Bar )

10. KATHLEEN MURPHY  ( officer of the NC Courts, member of the NC State Bar )

11. JENNIFER SMITH ( ECHOLS , married name, officer of  Courts , member of the Bar )

12. MARY JEAN GURGANUS  ( officer of the NC Courts,  member of the NC State Bar)

13. CHRISTOPHER MANN  ( officer of the NC Courts,   member of the NC State Bar)

14. JOHN FRANKLIN MaGRAW  ( officer of the NC Courts, Member of the Bar )

15. Michale Joseph Denning (formally Wake Co. District Court Judge, member of the Bar)

16. John Brian Ratledge ( member of the  Bar,  currently Wake County District Court Judge)

17. Nicholas C Brown ( officer of the NC Courts , Member of the Bar, appointed Trustee)

18. David M Warren ( Federal Bankruptcy Judge in Wake Co., member of the Bar)

19. William Brewer Jr. ( officer of the NC Courts, Member of the Bar )

20.  David R Shearon ( formal member of the NC State Bar )

21. Pamlea Reese ( Michael J  Denning's case worker, assistant )

22. MARK HOLT (Officers of the NC Courts,  President of the NC State Bar )

23. NANCY LORRIN FREEMAN  ( Dis. Att. for Wake County,  member of the NC State Bar )

**DEFENDANT ATTACHMENT**                                                    2 PAGES

24. Stacy Carless ( Officer of the NC Courts,  member of the NC State Bar )

25. C. MELODY DAVALOS ( Officer of the NC Courts, member of the NC State Bar)

26. Sardia Hankins , 4016 Grandover Dr, Raleigh NC  27610

27. Wells Fargo Bank, 1400 S VISTA AVE, BOISE , ID 83705

28. Wholefoods Market B550 Bowie St , AUSTIN TEXAS 78703

29. The City of Raleigh

30. Wake County Sheriff Department

31. Governor Roy Cooper , 210 N Blount St , Raleigh NC 27601

32. Lt Governor Mark Robinson 310  N Blount St , Raleigh NC 27601

33. Attorney General Josh Stein

34. Suntrust Bank 303 Peach  St  Atlanta Georgia

35. Bank of America 100 North Tryon St Charlotte NC 28255

36. United Community Bank  177 Hwy 515 East in Blairsville Georgia 30512

37. Zurich insurance Company

38. Erie Insurance Company

39. Richard Cohan.

40. Wake Medical Hospital

**DEFENDANT ATTACHMENT**                    2 PAGES